IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **Hernando Javier Vergara,** | ) |
| | ) |
| Petitioner-Appellant, | ) |
| | ) |
| v. | ) Case No. CV221-058 |
| | ) |
| U. S. Probation Office, N.D.GA, et al., | ) |
| | ) |
| Respondents-Appellees. | ) |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit pursuant to Appellant Hernando Javier Vergara's motion for voluntary dismissal,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this ____8____ day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA